NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Daniel Tamez, Esq. Gnau & Tamez Law Group, LLP, 1010 2nd Avenue Suite 1750, San Diego, CA 92101, 619-446-6736, for Plaintiffs

ATTORNEYS FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHARLIE AUGHENBAUGH, TONY WEBER, BROOKE STAFFORD, on behalf of themselves and all others similarly situated

Plaintiff(s),

v.

Ringleader Digital, Inc., et al.

Defendant(s)

CASE NUMBER:

SACV10-1407-CJC (RNBx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Charlie Aughenbaugh, Tony Weber, Brooke Stafford, Daniel R. Tamez, Esq., Gnau & Tamez Law Group, LLP, Majed Nachawati, Esq., Fears/Nachawati, Jeremy Wilson, Esq., Kenneth P. Trosclair, Esq., Wilson Trosclair & Lovins, P.L.L.C. | Plaintiffs and their attorneys and their respective law firms |
| Ringleader Digital, Inc., Cable News, Network, Inc., Surfline/Wavetrak, Inc., Whitepages.com, Inc., Travel Channel, L.L.C., Accuweather, Inc., Go2 Media, Inc., Merriam-Webster, Inc., and Medialets, Inc. | Defendants |

09-16-2010
Date

Sign

Daniel R. Tamez, Esq.
Attorney of record for or party appearing in pro per