UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-01407-CJC(RNBx)           Date: October 25, 2010

Title: <u>CHARLIE AUGHENBAUGH v. RINGLEADER DIGITAL, INC. ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Michelle Urie</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANT RINGLEADER DIGITAL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** [filed 10/20/10]

      Before the Court is Plaintiffs' ex parte request to continue the hearing on Defendant Ringleader Digital's Motion to Dismiss. Ringleader Digital filed its motion to dismiss on October 12, 2010 and noticed it for hearing on November 15, 2010. Dkt. # 4. Plaintiffs now seek an extension of time to file their opposition and a continuance of this hearing date. Having read and considered the papers presented by the parties, the Court GRANTS Plaintiffs' ex parte request. Numerous Defendants have been granted until November 26, 2010 to respond to Plaintiffs' Complaint. Anticipating that some number of those Defendants are also likely to move to dismiss, it is in the interest of the Court to have an orderly briefing schedule and a single hearing that will permit the Court to efficiently resolve all attacks on Plaintiffs' Complaint. Accordingly, the hearing set for November 15, 2010 is vacated and off calendar. The Court hereby orders the parties to meet and confer to agree on an orderly briefing schedule for Defendants' motions to dismiss Plaintiffs' Complaint and agree upon a single hearing date to resolve those motions. The parties shall submit a proposed briefing schedule and hearing date by December 1, 2010.

tlh

MINUTES FORM 11
CIVIL-GEN                                                                                         Initials of Deputy Clerk MU