| | |
|---|---|
| 1 | GNAU & TAMEZ LAW GROUP,LLP |
| 2 | Daniel R. Tamez, Esq. State Bar No. 216619 |
|   | danieJtamcz@sdinjuryaltorney.com |
| 3 | 1010 SECOND A VENUE. SUITE 1750 |
| 4 | SAN DIEGO. CALIFORNIA 92101 |
|   | Telephone: (619) 446·6736 |
| 5 | |
| 6 | **Attorneys for Plaintiffs** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE AUGHENBAUGH, TONY WEBER, BROOKE STAFFORD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No.:  SACV10-1407 CJC (RNBx) **NOTICE OF DISMISSAL OF CLAIMS AGAINST SURFLINE/WAVETRAK, INC.** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| RINGLEADER DIGITAL, Inc., CABLE NEWS, NETWOOK, Inc., SURFLINE/WAVETRAK, Inc., WHITEPAGES.COM, Inc., TRAVEL CHANNEL, L.L.C., ACCUWEATHER, Inc., GO2 MEDIA, Inc., MERRIAM-WEBSTER, INC., and MEDIALETS, Inc. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST SURFLINE/WAVETRAK, INC.**

| | |
|---|---|
| 1 | Plaintiffs, CHARLIE AUGHENBAUGH, TONY WEBER, and BROOKE |
| 2 | |
| 3 | STAFFORD file this Notice of Dismissal of Their Claims Against Surfline/Wavetrak, |
| 4 | Inc. only, and, in support thereof, state: |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives Notice of Dismissal of their claims against Defendant Surfline/Wavetrak, Inc. only WITHOUT PREJUDICE. This Notice does not affect or pertain to Plaintiffs' claims against the remaining defendants in this action. No Answer or Motion for Summary Judgment has been filed in this action by Defendant Surfline/Wavetrak, Inc.

Respectfully submitted,

By: /s/ Daniel Tamez
Daniel Tamez

GNAU & TAMEZ LAW GROUP, LLP
Daniel R. Tamez, Esq. State Bar No. 216619
danieJtamcz@sdinjuryaltorney.com
1010 SECOND A VENUE. SUITE 1750
SAN DIEGO. CALIFORNIA 92101
Telephone: (619) 446·6736

FEARS | NACHAWA TI LA W FIRM, P.L.L.C.
Majed Nachawati
SBN 24038319
mn@fnlawfirm.com
Bryan Fears
SBN 24040886
fears@fnlawfirm.com
Fears I Nachawati Law Finn
4925 Greenville Ave, Suite 715
Dalias. Texas 75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

WILSON TROSCLAIR & LOVINS, P.L.L.C.

**NOTICE OF DISMISSAL OF CLAIMS AGAINST SURFLINE/WAVETRAK, INC.**

Jeremy R. Wilson
State Bar No. 24037722
Kenneth P. Trosclair
State Bar No. 24033548
302 N. Market SI.
Suite 510
Dallas, Texas 75202
Telephone: (214) 484-1930
Facsimile: (214) 276-1475

**Attorneys for Plaintiffs Charlie Aughenbaugh, Tony Weber and Brooke Stafford**

## CERTIFICATE OF SERVICE

I certify that on November 19, 2010, I electronically filed the above Motion with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U. S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Daniel R. Tamez
Daniel R. Tamez

**NOTICE OF DISMISSAL OF CLAIMS AGAINST SURFLINE/WAVETRAK, INC.**

GNAU & TAMEZ LAW GROUP,LLP
Daniel R. Tamez, Esq. State Bar No. 216619
danieJtamcz@sdinjuryaltorney.com
1010 SECOND A VENUE. SUITE 1750
SAN DIEGO. CALIFORNIA 92101
Telephone: (619) 446·6736

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE AUGHENBAUGH, TONY WEBER, BROOKE STAFFORD, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>RINGLEADER DIGITAL, Inc., CABLE NEWS, NETWOOK, Inc., SURFLINE/WAVETRAK, Inc., WHITEPAGES.COM, Inc., TRAVEL CHANNEL, L.L.C., ACCUWEATHER, Inc., GO2 MEDIA, Inc., MERRIAM-WEBSTER, INC., and MEDIALETS, Inc.<br><br>　　　　　Defendants. | Case No.:  SACV10-1407 CJC (RNBx)<br><br>**PROPOSED ORDER [GRANTING] NOTICE OF DISMISSAL OF CLAIMS AGAINST SURFLINE/WAVETRAK, INC.** |

**PROPOSED ORDER**

This matter is before the Court on Plaintiffs' Notice of Dismissal of Claims Against Surfline/Wavetrak, Inc. Having reviewed the matter, the Court hereby ORDERS that Plaintiffs' claims against Surfline/Wavetrak, Inc. are dismissed WITHOUT PREJUDICE.

**IT IS SO ORDERED**

_____
Hon. Cormac J. Carney
United State District Court Judge
Central District of California

**PROPOSED ORDER**

LA1 1892634v.1