| | |
|---|---|
| 1 | GNAU & TAMEZ LAW GROUP, LLP |
| 2 | Daniel R. Tamez, Esq. State Bar No. 216619 |
|   | danieJtamcz@sdinjuryaltorney.com |
| 3 | 1010 SECOND A VENUE. SUITE 1750 |
| 4 | SAN DIEGO. CALIFORNIA 92101 |
|   | Telephone: (619) 446·6736 |
| 5 | |
| 6 | **Attorneys for Plaintiffs** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE AUGHENBAUGH, TONY WEBER, BROOKE STAFFORD, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No.: SACV10-1407 CJC (RNBx) **NOTICE OF DISMISSAL OF CLAIMS AGAINST MEDIALETS, INC.** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| RINGLEADER DIGITAL, Inc., CABLE NEWS, NETWOOK, Inc., SURFLINE/WAVETRAK, Inc., WHITEPAGES.COM, Inc., TRAVEL CHANNEL, L.L.C., ACCUWEATHER, Inc., GO2 MEDIA, Inc., MERRIAM-WEBSTER, INC., and MEDIALETS, Inc. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DISMISSAL OF CLAIMS AGAINST MEDIALETS, INC.**

Plaintiffs, CHARLIE AUGHENBAUGH, TONY WEBER, and BROOKE STAFFORD file this Notice of Dismissal of Their Claims Against Medialets, Inc. only, and, in support thereof, state:

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives Notice of Dismissal of their claims against Defendant Medialets, Inc. only WITHOUT PREJUDICE. This Notice does not affect or pertain to Plaintiffs' claims against the remaining defendants in this action. No Answer or Motion for Summary Judgment has been filed in this action by Defendant Medialets, Inc.

Respectfully submitted,

By: /s/ Daniel Tamez
Daniel Tamez

GNAU & TAMEZ LAW GROUP, LLP
Daniel R. Tamez, Esq. State Bar No. 216619
danieJtamcz@sdinjuryaltorney.com
1010 SECOND A VENUE. SUITE 1750
SAN DIEGO. CALIFORNIA 92101
Telephone: (619) 446·6736

FEARS | NACHAWA TI LA W FIRM, P.L.L.C.
Majed Nachawati
SBN 24038319
mn@fnlawfirm.com
Bryan Fears
SBN 24040886
fears@fnlawfirm.com
Fears I Nachawati Law Finn
4925 Greenville Ave, Suite 715
Dalias. Texas 75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

WILSON TROSCLAIR & LOVINS, P.L.L.C.
Jeremy R. Wilson
State Bar No. 24037722

**NOTICE OF DISMISSAL OF CLAIMS AGAINST MEDIALETS, INC.**

|   |   |
|---|---|
| 1 | Kenneth P. Trosclair |
| 2 | State Bar No. 24033548 |
|   | 302 N. Market St. |
| 3 | Suite 510 |
|   | Dallas, Texas 75202 |
| 4 | Telephone: (214) 484-1930 |
|   | Facsimile: (214) 276-1475 |

**Attorneys for Plaintiffs Charlie Aughenbaugh, Tony Weber and Brooke Stafford**

## CERTIFICATE OF SERVICE

I certify that on November 23, 2010, I electronically filed the above Motion with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U. S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Daniel R. Tamez_____
Daniel R. Tamez

**NOTICE OF DISMISSAL OF CLAIMS AGAINST MEDIALETS, INC.**

1 GNAU & TAMEZ LAW GROUP, LLP
2 Daniel R. Tamez, Esq. State Bar No. 216619
danieJtamcz@sdinjuryaltorney.com
3 1010 SECOND A VENUE. SUITE 1750
4 SAN DIEGO. CALIFORNIA 92101
Telephone: (619) 446·6736
5
6 **Attorneys for Plaintiffs**

7
8
9 **UNITED STATES DISTRICT COURT**
10 **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| 12 CHARLIE AUGHENBAUGH, TONY WEBER, BROOKE STAFFORD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RINGLEADER DIGITAL, Inc., CABLE NEWS, NETWOOK, Inc., SURFLINE/WAVETRAK, Inc., WHITEPAGES.COM, Inc., TRAVEL CHANNEL, L.L.C., ACCUWEATHER, Inc., GO2 MEDIA, Inc., MERRIAM-WEBSTER, INC., and MEDIALETS, Inc.<br><br>Defendants. | Case No.: SACV10-1407 CJC (RNBx)<br><br>**PROPOSED ORDER [GRANTING] NOTICE OF DISMISSAL OF CLAIMS AGAINST MEDIALETS INC.** |

**PROPOSED ORDER**

1
2
3
4

This matter is before the Court on Plaintiffs' Notice of Dismissal of Certain Defendants. Having reviewed the matter, the Court hereby ORDERS that the claims against Medialets, Inc. are dismissed WITHOUT PREJUDICE.

5
6

**IT IS SO ORDERED**

7
8
9

_____
Hon. Cormac J. Carney
United State District Court Judge
Central District of California

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED ORDER**

LA1 1892634v.1