GNAU & TAMEZ LAW GROUP,LLP
Daniel R. Tamez, Esq. State Bar No. 216619
danieJtamcz@sdinjuryaltorney.com
1010 SECOND A VENUE. SUITE 1750
SAN DIEGO. CALIFORNIA 92101
Telephone: (619) 446·6736

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE AUGHENBAUGH, TONY WEBER, BROOKE STAFFORD, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RINGLEADER DIGITAL, Inc., CABLE NEWS, NETWOOK, Inc., SURFLINE/WAVETRAK, Inc., WHITEPAGES.COM, Inc., TRAVEL CHANNEL, L.L.C., ACCUWEATHER, Inc., GO2 MEDIA, Inc., MERRIAM-WEBSTER, INC., and MEDIALETS, Inc.<br><br>　　　　Defendants. | Case No.:  SACV10-1407 CJC (RNBx)<br><br>**ORDER GRANTING NOTICE OF DISMISSAL OF CLAIMS AGAINST SURFLINE/WAVETRAK, INC.** |

**ORDER**

This matter is before the Court on Plaintiffs' Notice of Dismissal of Claims Against Surfline/Wavetrak, Inc. Having reviewed the matter, the Court hereby ORDERS that Plaintiffs' claims against Surfline/Wavetrak, Inc. are dismissed WITHOUT PREJUDICE.

**IT IS SO ORDERED**

Date: November 30, 2010

Hon. Cormac J. Carney
United State District Court Judge
Central District of California

**ORDER**