GNAU & TAMEZ LAW GROUP,LLP
Daniel R. Tamez, Esq. State Bar No. 216619
danieJtamcz@sdinjuryaltorney.com
1010 SECOND A VENUE. SUITE 1750
SAN DIEGO. CALIFORNIA 92101
Telephone: (619) 446·6736

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE AUGHENBAUGH, TONY WEBER, BROOKE STAFFORD, on behalf of themselves and all others similarly situated, | Case No.: SACV10-1407 CJC (RNBx) |
| Plaintiffs, | **ORDER GRANTING NOTICE OF DISMISSAL OF CLAIMS AGAINST MEDIALETS INC.** |
| vs. | |
| RINGLEADER DIGITAL, Inc., CABLE NEWS, NETWOOK, Inc., SURFLINE/WAVETRAK, Inc., WHITEPAGES.COM, Inc., TRAVEL CHANNEL, L.L.C., ACCUWEATHER, Inc., GO2 MEDIA, Inc., MERRIAM-WEBSTER, INC., and MEDIALETS, Inc. | |
| Defendants. | |

**ORDER**

       This matter is before the Court on Plaintiffs' Notice of Dismissal of Certain Defendants. Having reviewed the matter, the Court hereby ORDERS that the claims against Medialets, Inc. are dismissed WITHOUT PREJUDICE.

**IT IS SO ORDERED**

Dated: November 30, 2010

Hon. Cormac J. Carney
United State District Court Judge
Central District of California

**ORDER**