1  Daniel R. Tamez, Esq. State Bar No. 216619
2  danieltamez@sdinjuryattorney.com
   1010 SECOND AVENUE SUITE 1750
3  SAN DIEGO. CALIFORNIA 92101
   Telephone: (619) 446·6736
4
                                                    **JS-6**
5  ATTORNEYS FOR PLAINTIFFS

6

7

8

9              **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | CHARLIE AUGHENBAUGH, TONY              ) Case No.:  SACV10-1407 CJC (RNBx)
13 | WEBER, BROOKE STAFFORD, on behalf      )
   | of themselves and all others similarly  ) **~~PROPOSED~~ ORDER GRANTING**
14 | situated,                               ) **STIPULATION TO TRANSFER VENUE**
                                             )
15          Plaintiffs,                      )
                                             )
16       vs.                                 )
                                             )
17 | RINGLEADER DIGITAL, Inc., CABLE        )
18 | NEWS, NETWORK, Inc.,                   )
   | WHITEPAGES.COM, Inc., TRAVEL           )
19 | CHANNEL, L.L.C., ACCUWEATHER, Inc.,    )
   | GO2 MEDIA, Inc., and MERRIAM-          )
20 | WEBSTER, INC.,                         )
21                                           )
            Defendants.                      )
22                                           )
                                             )
23                                           )

24

25

26

27

28

**1**
**~~PROPOSED~~ ORDER GRANTING STIPULATION TO TRANSFER VENUE**

The Court having considered the Stipulation between the Parties, and good cause appearing, hereby **GRANTS** the stipulated transfer of this action pursuant to 28 U.S.C. § 1404(a). The Clerk is hereby ORDERED to transfer this matter to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED**

DATED: 2/16/11  _____
Hon. Cormac J. Carney
United State District Court Judge
Central District of California